JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| QIANQIAN DONG, | No. ED CV 26-1157-DOC(E) |
|       Petitioner, | |
| | JUDGMENT |
|    v. | |
| WARDEN OF THE ADELANTO DETENTION CENTER, ET AL., | |
|       Respondents. | |

IT IS ADJUDGED that the Petition is granted in part and Respondents are ordered to release Petitioner from detention immediately, subject to the conditions of her previous supervision.

DATED: May 26, 2026.

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE